# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DAVID SUTHERLAND,           )
                            )
    Plaintiff,         )
                            )
v.                          )
                            )  Case No. CV415-275
CITY OF SAVANNAH, GEORGIA   )
*et al.*,                   )
                            )
    Defendants.        )

## REPORT AND RECOMMENDATION

Plaintiff David Sutherland has refused to pay the $150 partial filing fee set in the Court's last Order. Doc 3 (noting that he is a "frequent, flagrantly frivolous litigant" and directing that he pay $150 of the $400 filing fee); doc. 4 (refusing, and claiming an inability to pay). His case therefore should be **DISMISSED WITHOUT PREJUDICE**. *See* L.R. 41(b); *see Betty K Agencies, Ltd. v. M/V Monada,* 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may *sua sponte* dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order).

**SO REPORTED AND RECOMMENDED**, this 12th day of November, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA