IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID SUTHERLAND,

    Plaintiff,

v.

CITY OF SAVANNAH GEORGIA
SAVANNAH-CHATHAM COUNTY POLICE
DEPARTMENT, JOSEPH J. LUMPKIN,
OFC. DANIEL NEWMAN, and OFC.
A. SLUGG,

    Defendants.

CASE NO. CV415-275

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 7). After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of January 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA